In the Matter of the PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, INC., Respondent, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Appellants.

(Submitted April 25, 1932; decided May 3, 1932.)

Motion for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 455.)